UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **George Stewart**, <br><br> Plaintiff, <br><br> v. <br><br> **University of Texas at Austin**, et al., <br><br> Defendants. | Case No. 1:24-cv-00800-RP |

## JOINT NOTICE TO THE COURT

The parties have conferred and neither side objects to Judge Pitman's continued handling of this case.

Respectfully submitted.

 /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
Texas Bar No. 24075463  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law  

*Counsel for Plaintiff*

Dated: August 13, 2024

 /s/ Layne E. Kruse  
Layne E. Kruse  
Texas Bar No. 11742550  
Norton Rose Fulbright LLP  
1550 Lamar Street, Suite 2000  
Houston, Texas 77010-4106  
(713) 651-5151 (phone)  
(713) 651-5246 (fax)  
layne.kruse@nortonrosefulbright.com  

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 13, 2024, I served this document through CM/ECF upon:

Layne E. Kruse
Shauna Johnson Clark
Norton Rose Fulbright LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
(713) 651-5151 (phone)
(713) 651-5246 (fax)
layne.kruse@nortonrosefulbright.com
shauna.clark@nortonrosefulbright.com

*Counsel for Defendants*

                                                   /s/ Jonathan F. Mitchell
                                                   Jonathan F. Mitchell
                                                   *Counsel for Plaintiff*