UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| **George Stewart**, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**University of Texas at Austin**, et al.<br><br>    Defendants. | Case No. 1:24-cv-800-RP |

## NOTICE OF DISMISSAL

Plaintiff George Stewart dismisses his action without prejudice under Rule 41(a)(1)(A)(i). Each party will bear its own attorneys' fees, costs, and expenses.

Respectfully submitted.

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
Reed D. Rubinstein*
D.C. Bar No. 400153
Andrew J. Block*
Virginia Bar No. 91537
Nicholas R. Barry*
Tennessee Bar No. 031963
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
andrew.block@aflegal.org
nicholas.barry@aflegal.org

Dated: August 16, 2024

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

* *pro hac vice* applications
 forthcoming

*Counsel for Plaintiff
and Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on August 16, 2024, I served this document through CM/ECF

upon:

Layne E. Kruse
Shauna Johnson Clark
Norton Rose Fulbright LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
layne.kruse@nortonrosefulbright.com
shauna.clark@nortonrosefulbright.com

*Counsel for Defendants*

       /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff and Proposed Class*